UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



EDNA GARCIA COLON et al.

v.                                    Civil No. 98-1478 (RLA)

KMART CORPORATION et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 9/23/99  Docket # 35<br>[X] KMART CORPORATION<br><br>Title: **Motion in Limine** (to reconsider denial of motion to exclude plaintiffs' design expert testimony) | DENIED. |
| MOTION | RULING |
| Date Filed: 9/23/99  Docket # 36<br>[X] KMART CORPORATION<br><br>Title: Informative Motion | NOTED. |

September 27, 1999            RAYMOND L. ACOSTA
       Date                    U.S. District Judge

Rec'd:         EOD:

By: wr      #37