IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGDALIA AMALBERT GARCIA,
GLADYS AMALBERT GARCIA
NORMA AMALBERT GARCIA
in substitution of
EDNA GARCIA COLON and
JOSE AMALBERT FIGUEROA,

    Plaintiffs,

v.                                    CIVIL NO. 98-1478 (RLA)

KMART CORPORATION & INSURANCE
CORPORATION ABC,

    Defendants.

## ORDER IN THE MATTER OF CORRECTED CAPTION

The estate of EDNA GARCIA COLON, composed by MIGDALIA, GLADYS and NORMA AMALBERT GARCIA, substituted the deceased plaintiff EDNA GARCIA COLON in this action. It appearing, however, that the second last name of the aforementioned heirs has consistently been erroneously identified in the pleadings and in order to avoid further confusion, the caption of this action is hereby amended to accurately reflect their names.

Accordingly, it is hereby ORDERED all documents filed hereinafter shall bear the corrected caption as it appears in this Order.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28th day of October, 1999.

By _____
RAYMOND L. ACOSTA
United States District Judge