UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGDALIA AMALBERT GARCIA, et al.,

V.                                CIVIL NO. 98-1478 (RLA)

KMART CORPORATION, et al.

ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 10/25/99    Docket # 43<br>[X] Defendant Kmart<br><br>Title: Motion Regarding Deadline for Submission of Expert Witness' Report | DENIED. The Amended Joint Discovery Schedule submitted by the parties on October 6, 1999 and approved by the Court on October 15, 1999 (docket No. 41) did not provide for plaintiffs' expert report to be furnished to defendant prior to December 14, 1999. Therefore, since this was the second opportunity that the parties had to submit a **joint** discovery schedule (see docket No. 32) the Court surmised that the parties had agreed to a simultaneous exchange of their respective expert witnesses' reports on that date, and approved the discovery schedule as submitted, granting an additional time to the parties for the filing of dispositive motions. |

October 28, 1999        RAYMOND L. ACOSTA
Date                    U.S. District Judge

Rec'd:        EOD:

By:            #47