IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGDALIA AMALBERT GARCIA,
GLADYS AMALBERT GARCIA
NORMA AMALBERT GARCIA
in substitution of
EDNA GARCIA COLON and
JOSE AMALBERT FIGUEROA,

Plaintiffs,

v.                                    CIVIL NO. 98-1478 (RLA)

KMART CORPORATION & INSURANCE
CORPORATION ABC,

Defendants.

## OMNIBUS ORDER

The following motions are hereby disposed of as set forth below:

| DOCKET NO. | DATE FILED | TITLE | ORDER |
|---|---|---|---|
| 48 | 11/23/99 | **Plaintiffs'** Motion to Compel Kmart Corp. to Make Disclosures... | Unless already provided, defendant shall furnish the requested documentation to plaintiffs **on or before January 12, 2000.** Failure to comply shall result in the imposition of sanctions, including but not limited to sanctions upon counsel personally as deemed appropriate. |
| 49 | 12/01/99 | **Plaintiffs'** Motion Requesting Order... | GRANTED as requested. |
| 50 | 12/03/99 | **Kmart's** Opposition to Plaintiff's Motion to Compel... | DENIED. <u>See</u> docket No. 48. |

AO 72
(Rev 8/82)

CIVIL NO. 98-1478 (RLA) Page 2

| DOCKET NO. | DATE FILED | TITLE | ORDER |
|---|---|---|---|
| 51 | 12/13/99 | Joint Motion to Amend Discovery Deadlines | GRANTED. Expert witness reports shall be provided **no later than January 28, 2000**. Expert depositions shall be taken **no later than February 11, 2000**. |
| 52 | 12/14/99 | **Plaintiffs'** Second Motion to Compel Defendant to Make Disclosures... | GRANTED. <u>See</u> docket No. 48. |
| 53 | 01/04/00 | **Plaintiffs'** Motion to Notify Expert Witness | The designation of JORGE E. HUYKE LUIGI as expert witness for plaintiffs in substitution of Eng. Carlos Costas is hereby NOTED. |

IT IS SO ORDERED.

San Juan, Puerto Rico, this 7th day of January, 2000.

_____
RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)