RECEIVED & FILED

'00 FEB -7  AM 8 01

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EDNA GARCIA COLON et al.,

      V.                        **CIVIL NO. 98-1478 (RLA)**

K-MART CORPORATION et al.

### O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 1/31/00    Docket # 55 [X] Defendant Kmart<br><br>Title: Motion Requesting Withdrawal as Legal Counsel | NOTED.  The Clerk of the Court shall remove the name of CARLOS A. GONZALEZ SOLER, Esq., from the ICMS List of Counsel for this case. EDUARDO A. VERA RAMIREZ, Esq. shall continue to represent defendant KMART CORPORATION. |

February 3 , 2000
      Date

RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | 5#6 |

3