IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

EDNA GARCIA COLON, et al.,

    Plaintiffs,

v.                      CIVIL NO. 98-1478 (RLA)

KMART CORPORATION, et al.,

    Defendants.

### ORDER SCHEDULING SETTLEMENT CONFERENCE

A Settlement Conference is hereby scheduled for **February 22, 2000, at 3:00 p.m.** The parties shall attend prepared to discuss settlement in earnest. Counsel shall contact the undersigned's chambers to verify where the Conference will be held.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 8th day of February, 2000.

                        RAYMOND L. ACOSTA
                        United States District Judge