IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR -1 AM 8 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

EDNA GARCIA COLON, et al.,

    Plaintiffs,

v.     CIVIL NO. 98-1478 (RLA)

K-MART CORPORATION, et al.,

    Defendants.

### ORDER CONTINUING SETTLEMENT CONFERENCE

Counsel for defendant K-MART CORPORATION having notified via the telephone that his client has not authorized settlement in this action, the SETTLEMENT CONFERENCE scheduled for March 1, 2000 is hereby **CONTINUED SINE DIE**.

This Order shall be notified by **fax** and mail.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 29 day of February, 2000.

    RAYMOND L. ACOSTA
    United States District Judge

AO 72
(Rev 8/82)