IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| MIGDALIA AMALBERT GARCIA, et al., | ' |
| Plaintiffs, | ' |
| v. | '  CIVIL NO. 98-1478 (RLA) |
| KMART CORPORATION, et al., | ' |
| Defendants. | ' |

**ORDER RESCHEDULING PRETRIAL CONFERENCE AND TRIAL**

Due to a conflict in this Court's calendar, the PRETRIAL/ SETTLEMENT CONFERENCE[1] scheduled for March 9, 2000, is hereby rescheduled for **August 8, 2000, at 10:30 a.m.,** and the JURY TRIAL scheduled for March 16, 2000 is hereby rescheduled for **August 15, 2000, at 9:30 a.m.**

The PROPOSED JOINT PRETRIAL ORDER in accordance with the Order issued by the undersigned on October 15, 1999 (docket No. 41) shall be filed **no later than August 2, 2000.**

The TRIAL BRIEFS, PROPOSED JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS shall be filed **no later than August 11, 2000.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this           day of March, 2000.

_____
RAYMOND L. ACOSTA
United States District Judge

_____

[1] The parties shall contact the chambers of the undersigned to verify where the conference will be held.