UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



EDNA GARCIA COLON, et al.

    V.                              CASE NUMBER: CIVIL 98-1478 (RLA)

K-MART CORPORATION, et al.

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 6/29/00   Docket 65<br>[ ] Plffs         [X] Defts<br>[ ] Other<br><br>Title: Motion to Request Dismissal or Other Sanctions or, in the Alternative, to Compel Discovery | DENIED. |

| MOTION | RULING |
|---|---|
| Date Filed: 6/29/00   Docket # 66<br>[ ] Plffs         [X] Defts<br>[ ] Other<br><br>Title: Motion Requesting Leave to File Motion For Partial Summary Judgment and Requesting that Defendant be Exempt... | DENIED. |

July 13, 2000                    RAYMOND L. ACOSTA
   Date                        U.S. District Judge

Rec'd:          EOD:

By:          #70