UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDNA GARCIA COLON, et al.

V.  CASE NUMBER: CIVIL 98-1478 (RLA)

K-MART CORPORATION, et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 6/29/00    Docket 67<br>[ ] Plffs           [X] Defts<br><br>Title: Motion Requesting Leave to File Third Party Complaint Under Rule 14(a) of the Federal Rules of Civil Procedure | DENIED. |

| MOTION | RULING |
|---|---|
| Date Filed: 6/29/00    Docket # 68<br>[ ] Plffs           [X] Defts<br><br>Title: Motion Regarding Filings Made Today by Defendant, Requesting Postponement of Trial and Requesting, in the Alternative, Leave to Announce... | DENIED. |

July 13, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:          EOD:

By: /K   #71