UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MIGDALIA AMALBERT GARCIA et al.

v.                                    CIVIL NO. 98-1478 (RLA)

K-MART CORPORATION et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 7/7/00  Docket #69<br>[X] Plaintiffs<br><br>Title: Motion Requesting Extension of Time to Answer Defendant's Motions to Dismiss, for Partial Summary Judgement and Third Party Complaint | MOOT. Defendant's motions have been denied by the Court as untimely. |

July 13, 2000                RAYMOND L. ACOSTA
Date                         U.S. District Judge

Rec'd:          EOD:

By:             #