IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGDALIA AMALBERT GARCIA
et al.,

    Plaintiffs,

v.                                    CIVIL NO. 98-1478 (RLA)

K-MART CORPORATION

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION AND IMPOSING SANCTIONS UPON K-MART AND ITS COUNSEL

Before the Court is defendant K-MART CORPORATION's Motion for Reconsideration of the Court's denial of various motions it filed on June 29, 2000.

Accordingly, the Court has carefully re-reviewed and reconsidered the arguments in defendant's motions requesting: (1) postponement of trial; (2) leave to announce a new forensic expert; (3) leave to conduct additional discovery; (4) leave to file dispositive motion for partial summary judgement; (5) leave to file third-party complaint; and (6) imposition of sanctions, dismissal, or compelling of discovery.

Having reconsidered all of defendant's arguments, the Court FINDS that the position that K-MART alleges it now finds itself in, to wit: that of being "shortchanged of the opportunity to defend adequately the cause of death allegation" was brought about exclusively through its own lack of diligence, its failure to adhere

**CIVIL NO. 98-1478 (RLA)**                                                Page 2

---

to the timetables established by this Court and the overall and consistent obstinacy it has exhibited since it was summoned to defend this action.[1]

Accordingly, K-MART's Motion for Reconsideration (**docket No. 76**, filed on July 28, 2000) is hereby **DENIED**.

IT IS FURTHER ORDERED that K-MART and its counsel shall be and are hereby **SANCTIONED in the amount of $1,000.00** for its contumacious conduct, which sanctions shall be paid to opposing counsel **no later than August 11, 2000**,[2] in compensation for the costs and fees

---

[1] Indeed, the Court notes that defendant filed several motions which clearly manifest its intention to delay trial, derail the Court's case management responsibilities, and confuse and complicate the issues to be tried. See, i.e., Motion *in Limine* filed on September 23, 1999 (docket No. 35) requesting reconsideration of an issue that the Court had already ruled on weeks before ; Motion Requesting Extension of Discovery Period and Rescheduling of... Pretrial Hearing and Trial... (docket No. 58) filed on February 22, 2000, less than a month before the date set for trial at that time; Motion Requesting Disqualification of Current Medical Expert Witnesses...filed on March 1, 2000 (docket No. 61) requesting also that "an adequate timeframe be set for defendant to engage another expert...". It should be noted also that the Court was obliged to issue an Order compelling K-MART to make required discovery disclosures due to its failure to produce documents requested by plaintiffs. See Omnibus Order filed on January 10, 2000 (docket No. 54).

[2] A motion certifying compliance therewith shall be filed with the Court on the same date.

CIVIL NO. 98-1478 (RLA)                                                                Page 3

---

generated by plaintiffs' counsel having to respond to such untimely and unsubstantiated filings.[3]

PRETRIAL AND TRIAL SETTINGS

The parties are reminded that a JURY TRIAL remains scheduled for **August 15, 2000, at 9:30 a.m.**, while the PRETRIAL/SETTLEMENT CONFERENCE is scheduled for **August 8, 2000, at 10:30 a.m.**

Similarly, the JOINT PROPOSED PRETRIAL ORDER is due on **August 2, 2000**, and the TRIAL BRIEFS, JURY INSTRUCTIONS VOIR DIRE and VERDICT FORMS, in accordance with the Court'S Standing Order, are due on **August 11, 2000**.[4]

This Order shall be FAXED to counsel of record. _ok_

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of July, 2000.

RAYMOND L. ACOSTA
United States District Judge

---

[3] In this regard, plaintiffs' requests for sanctions, included in docket Nos. 73 and 74, are GRANTED as set forth herein.

[4] Courtesy copy of all of the abovementioned filings must be provided to the Chambers of the undersigned at Suite 348, U.S. Courthouse and Post Office Building, 300 Recinto Sur St., San Juan, P.R. 00901.