UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGDALIA AMALBERT GARCIA et al.

v.  Civil No. 98-1478 (RLA)

KMART CORPORATION et al.

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 7/18/00   Docket # 73<br>[X] Plaintiffs<br><br>Title: Answer to Defendant's Motions Requesting: Dismissal of Sanctions, to Compel Additional Discovery, to Postpone Trial, and Other Remedies | MOOT. Defendant's motions were denied by the Court as untimely on July 13, 2000. |
| Date Filed: 7/18/00   Docket # 74<br>[X] Plaintiffs<br><br>Title: Motion in Opposition to Defendant's Motion for Partial Summary Judgment | MOOT. Defendant's motions were denied by the Court as untimely on July 13, 2000. |
| Date Filed: 7/18/00   Docket # 75<br>[X] Plaintiffs<br><br>Title: Motion in Opposition to Defendant's Request for Leave to File Third Party Complaint | MOOT. Defendant's motions were denied by the Court as untimely on July 13, 2000. |

August 7, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge