IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGDALIA AMALBERT GARCIA,              '
GLADYS AMALBERT GARCIA,                '
NORMA AMALBERT GARCIA in               '
substitution of                        '
EDNA GARCIA COLON and                  '
JOSE AMALBERT FIGUEROA                  '
                                       '
      Plaintiffs,                      '
                                       '
      v.                               '     CIVIL NO. 98-1478 (RLA)
                                       '
KMART CORPORATION et al.,              '
                                       '
      Defendants.                      '
------------------------------'

## MINUTES OF SETTLEMENT CONFERENCE
## HELD ON AUGUST 10, 2000

      The parties appeared before the undersigned in chambers for a

Settlement Conference on August 10, 2000, from 2:30 p.m. to 3:45 p.m.

Attorneys JOSE A. LEON LANDRAU and NOEMI LANDRAU RIVERA appeared on

behalf of plaintiffs.  MARCOS RAMIREZ, ESQ., EDUARDO A. VERA, ESQ.

and EILEEN LANDRON, ESQ., represented defendant, KMART CORPORATION

      The parties discussed with the Court their respective position

on liability and damages, after which the Court engaged each side

negotiations conducive to settlement, to no avail.  Nonetheless, t

Court recommended a settlement amount to counsel for KMART for t

to consult with their client.

      Accordingly, counsel for defendant shall inform the Court

**later than 4:00 p.m. on Friday, August 11, 2000,** if their cli

agreed to the recommended settlement figure.

AO 72

**CIVIL NO. 98-1478 (RLA)**                                              **Page 2**

1      **TRIAL** remains scheduled for **Tuesday, August 15, 2000, at 9:30**

2    **a.m.**

3         This Order shall be notified by FAX to counsel of record.

4         IT IS SO ORDERED.

5         In San Juan, Puerto Rico, this ( 0  day of August, 2000.

6

7

8

9

10                                    RAYMOND L. ACOSTA
                                 United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AO 72