UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

**BEFORE HONORABLE RAYMOND L. ACOSTA**

| | |
|---|---|
| COURTROOM DEPUTY: LILY ALICEA VILMA VILA | DATE: AUGUST 15, 2000 |
| COURT REPORTER: VASHTI GERALD | CIVIL 98-1478 (RLA) |
| COURT INTERPRETER: JAIME SOTOMAYOR | |

| | ATTORNEYS: |
|---|---|
| MIGDALIA AMALBERT COLON, ET AL | JOSE LEON LANDRAU NEOMI LANDRAU RIVERA |
| V | |
| K-MART CORP., ET AL | EILEEN LANDRON GUARDIOLA EDUARDO VERA RAMIREZ |

Case called for jury trial. Jury impanelled and sworn as follows:

1. ARLENE SAAP (4)
2. RUTH MEDERO (5)
3. ANGEL PABON (10)
4. TERESA DROZ (12)
5. LUIS R. OCASIO (17)
6. SYLVIA VERDEJO (20)
7. VICTOR R. DAVILA (22)
8. HERIBERTO CRESPO (24)

Preliminary instructions are given to the jury by the Court.

MILAGROS VALENTIN, fact witness for plaintiffs, is placed under the rules.

Arguments heard outside the presence of the jury on: (1) Motion in Limine, (2) Memorandum in Support of Motion in Limine, and (3) Statement of Evidence as to which Exclusion is Sought, filed by defendants on August 14, 2000.

CIVIL 98-1478 (RLA)                                                                 Page 2

---

The Court ruled: (1) medical evidence regarding MRS. GARCIA's physical condition is relevant and admissible; (2) objections to plaintiffs' expert report will be resolved during his testimony; (3) as per the Court's previous ruling NORMA AMALBERT. may not testify at trial; (4) the $23,000 bill for medical services may be introduced at trial, and (5) ruling re: presumption of missing witness for ARNALDO GARCIA ZAYAS held under advisement.

Jury called. Opening statements by plaintiffs and defendants heard.

Testimony on behalf of plaintiffs presented by JOSE AMALBERT FIGUEROA.

Court adjourns until tomorrow at 9:30 AM.

Joint Exhibits: I-1, I-2, II-1 & II-2.

_____
COURTROOM DEPUTY