UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

**BEFORE HONORABLE RAYMOND L. ACOSTA**

COURTROOM DEPUTY: VILMA VILA                DATE: AUGUST 16, 2000

COURT REPORTER: VASHTI GERALD               CIVIL 98-1478 (RLA)

COURT INTERPRETER: ANNIE FLORES

---

|  | ATTORNEYS: |
|---|---|
| MIGDALIA AMALBERT COLON, ET AL | JOSE LEON LANDRAU  NOEMI LANDRAU RIVERA |
| V |  |
| K-MART CORP., ET AL | EILEEN LANDRON GUARDIOLA  EDUARDO VERA RAMIREZ  MARCOS RAMIREZ LAVANDERO |

---

Case called for **SECOND JURY TRIAL.**

The Court denies admission into evidence of plaintiffs' **ID 1** and **ID 2.**

Testimony on behalf of plaintiffs presented by JOSE AMALBERT FIGUEROA and MILAGROS CRUZ VALENTIN.

Defendants announced they were able to subpoena ARNALDO GARCIA ZAYAS for his appearance at trial which MOOTS the request for a ruling re: presumption of missing witness.

Expert testimony on behalf of plaintiffs presented by DR. ORLANDO FERNANDEZ, qualified as an orthopedic surgeon.

Revised report of JORGE E. HUYKE LUIGGI, plaintiffs' expert witness, dated February 28, 2000 allowed except for differences with his original report.

CIVIL 98-1478 (RLA)                                                          Page 2

---

      Court determined JORGE E. HUYKE LUIGGI, called by plaintiffs, was not qualified as an expert to testify regarding the issues in this trial.

      Plaintiffs rest.

      Rule 50 motion argued and **DENIED**.

      Court adjourns until tomorrow at 1:30 PM.


**Defendants' Exh. D**

**Joint Exh. III-1 and III-2.**

                                        */s/ Vilma Vila*
                                        COURTROOM DEPUTY