Entered on Docket
9/13/00

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

MIGDALIA AMALVERT GARCIA, et al,  *

   Plaintiffs  *  **JUDGMENT IN A CIVIL CASE**
                        *
   v.  *  Civil Case 98-1478 (RLA)
                        *
K-MART CORPORATION,  *
                        *
   Defendants  *

RECEIVED & FILED
AUG 18 2000
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN, P.R.

[X]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on   August 18, 2000.

[ ]   **Decision by Court.** This action came to trial on hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that the verdict rendered on August 18, 2000, is incorporated in this judgment as though set forth in extenso.

August 18, 2000                              FRANCES RIOS DE MORAN
Date                                                   Clerk

                                                                   _____
                                                                     (By) Deputy Clerk

