UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDNA GARCIA COLON

V.  CIVIL NO. 98-1478 (RLA)

K-MART CORPORATION

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 9/19/2000 Docket # 106<br><br>[X] **Dft.**<br><br>**Title:** DEFENDANT'S MOTION IN WHICH VERDICT AMOUNT IS DEPOSITED | NOTED. |

September 21 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:       EOD:

By /s/ #107