UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



EDNA GARCIA COLON, et al.

V.       CASE NUMBER: CIVIL 98-1478 (RLA)

K-MART CORPORATION, et al.

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 9/26/00   Docket 108<br>[X] Plffs   [ ] Defts<br><br>Title: Motion For the Withdrawal of Payment of Verdict | GRANTED and SO ORDERED. |

October 4, 2000          RAYMOND L. ACOSTA
Date                     U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 109 |